**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: CeramOptec Industries, Inc. | § | Case No. 16-12758- VFP |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

George L. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $5,245,037.81 <br> *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distributions to Claimants:  $1,623,326.96 | Claims Discharged <br> Without Payment:  N/A |
| Total Expenses of Administration:  $2,142,768.95 | |

3) Total gross receipts of $3,766,095.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,766,095.91 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,882,910.34 | $98,269,325.50 | $1,152,770.38 | $1,152,770.38 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,142,768.95 | $2,142,768.95 | $2,142,768.95 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $551,323.76 | $90,951.40 | $90,951.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $567,239.19 | $24,036.40 | $2,955,620.69 | $379,605.18 |
| **TOTAL DISBURSEMENTS** | $10,450,149.53 | $100,987,454.61 | $6,342,111.42 | $3,766,095.91 |

4) This case was originally filed under chapter 7 on 04/17/2015.  The case was pending for 55 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    12/17/2019                         By: /s/ George L. Miller
                                                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Property - 515 Shaker Road, East Longmeadow | 1110-000 | $1,152,770.38 |
| Penny Arcade Litigation | 1249-000 | $0.91 |
| Litigation - Bacchi v. Massachusetts Mutual Life Ins. Co. | 1249-000 | $2.78 |
| Accounts Receivable | 1121-000 | $226,355.92 |
| Bank Account - TD Bank ending 3709 | 1129-000 | $128,671.54 |
| Tax Refund - MA Refund from TaxPay Account | 1224-000 | $3,331.28 |
| Bankruptcy Claim Recovery | 1224-000 | $77.35 |
| Refunds | 1229-000 | $266.05 |
| Prepaid Insurance | 1129-000 | $58,295.42 |
| Bank Account - TD Bank ending 8714 | 1129-000 | $16,260.64 |
| Litigation Settlement- Biolitec Consulting and Management et al | 1241-000 | $2,180,000.00 |
| Tax Refund - Federal Refund from TaxPay Account | 1224-000 | $63.64 |
| **TOTAL GROSS RECEIPTS** | | **$3,766,095.91** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16A | Angiodynamics, Inc. | 4220-000 | $0.00 | $87,233,644.78 | $0.00 | $0.00 |
| 20 | Ceramoptec GmbH | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21A | Biolitec Consulting and Management | 4110-000 | $9,882,910.34 | $9,882,910.34 | $0.00 | $0.00 |
| MLC | Melanie L. Cyganowski | 4110-000 | $0.00 | $1,152,770.38 | $1,152,770.38 | $1,152,770.38 |
| | **TOTAL SECURED** | | **$9,882,910.34** | **$98,269,325.50** | **$1,152,770.38** | **$1,152,770.38** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - George L. Miller | 2100-000 | NA | $136,232.88 | $136,232.88 | $136,232.88 |
| Trustee, Expenses - George L. Miller | 2200-000 | NA | $4,412.00 | $4,412.00 | $4,412.00 |
| Accountant for Trustee, Fees - Miller Coffey Tate LLP | 3310-000 | NA | $500,922.00 | $500,922.00 | $500,922.00 |
| Accountant for Trustee, Expenses - Miller Coffey Tate LLP | 3320-000 | NA | $3,816.37 | $3,816.37 | $3,816.37 |
| Bond Payments - CeramOptec Industries, Inc. | 2300-000 | NA | $186.45 | $186.45 | $186.45 |
| Bond Payments - International Sureties LTD | 2300-000 | NA | $97.66 | $97.66 | $97.66 |
| Bond Payments - International Sureties, LTD. | 2300-000 | NA | $220.24 | $220.24 | $220.24 |
| Bond Payments - International Sureties,, LTD. | 2300-000 | NA | $693.99 | $693.99 | $693.99 |
| Administrative Rent - Biolitec Holding U.S., Inc. | 2410-000 | NA | $246.56 | $246.56 | $246.56 |
| Administrative Rent - CeramOptec Industries, Inc. | 2410-000 | NA | $9,876.24 | $9,876.24 | $9,876.24 |
| Administrative Rent - Hill Archive | 2410-000 | NA | $9,768.70 | $9,768.70 | $9,768.70 |
| Costs to Secure/Maintain Property - Caron Management | 2420-000 | NA | $2,145.10 | $2,145.10 | $2,145.10 |
| Costs to Secure/Maintain Property - CeramOptec Industries, Inc. | 2420-000 | NA | $43,520.09 | $43,520.09 | $43,520.09 |
| Banking and Technology Service Fee - CeramOptec Industries, Inc. | 2600-000 | NA | $4,067.07 | $4,067.07 | $4,067.07 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $17,512.50 | $17,512.50 | $17,512.50 |
| Banking and Technology Service Fee - Union Bank | 2600-000 | NA | $7,506.63 | $7,506.63 | $7,506.63 |
| Other State or Local Taxes (post-petition) - Massachusetts Dept of Revenue | 2820-000 | NA | $6,000.00 | $6,000.00 | $6,000.00 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $822.04 | $822.04 | $822.04 |
| Other State or Local Taxes (post-petition) - Melanie L. Cyganowski, Chapter 7 Trustee of Biolitec, Inc. | 2820-000 | NA | $21,776.81 | $21,776.81 | $21,776.81 |
| Other Chapter 7 Administrative Expenses - CeramOptec Industries, Inc. | 2990-000 | NA | $26,836.26 | $26,836.26 | $26,836.26 |
| Other Chapter 7 Administrative Expenses - Earthlink Business | 2990-000 | NA | $171.05 | $171.05 | $171.05 |

UST Form 101-7-TDR ( 10 /1/2010)

| | | | | | |
|---|---|---|---|---|---|
| Other Chapter 7 Administrative Expenses - Town of East Longmeadow | 2990-000 | NA | $87.00 | $87.00 | $87.00 |
| Other Chapter 7 Administrative Expenses - Columbia Gas of MA | 2990-000 | NA | $3,010.60 | $3,010.60 | $3,010.60 |
| Other Chapter 7 Administrative Expenses - National Grid | 2990-000 | NA | $8,498.82 | $8,498.82 | $8,498.82 |
| Attorney for Trustee Fees (Other Firm) - Kaufman Coren & Ress, P.C. | 3210-000 | NA | $763,000.00 | $763,000.00 | $763,000.00 |
| Attorney for Trustee Fees (Other Firm) - Pachulski Stang Ziehl & Jones LLP | 3210-000 | NA | $522,128.61 | $522,128.61 | $522,128.61 |
| Attorney for Trustee Fees (Other Firm) - Taylor Wessing LLP; Shane Gleghorn, Partner | 3210-000 | NA | $29,075.88 | $29,075.88 | $29,075.88 |
| Attorney for Trustee Expenses (Other Firm)  - Kaufman Coren & Ress, P.C. | 3220-000 | NA | $1,079.29 | $1,079.29 | $1,079.29 |
| Attorney for Trustee Expenses (Other Firm)  - Pachulski Stang Ziehl & Jones LLP | 3220-000 | NA | $19,058.11 | $19,058.11 | $19,058.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,142,768.95** | **$2,142,768.95** | **$2,142,768.95** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CeramOptec Industries, Inc. | 5400-000 | NA | $8,071.79 | $8,071.79 | $8,071.79 |
| 6-1 | United Parcel Service | 5200-000 | $0.00 | $691.17 | $691.17 | $691.17 |
| 7 | Miguel Rodriguez | 5300-000 | $0.00 | $815.78 | $557.58 | $557.58 |
| 8 | Astride Pereira | 5300-000 | $0.00 | $1,626.71 | $1,111.85 | $1,111.85 |
| 9 | Richard Malmborg | 5300-000 | $0.00 | $2,763.56 | $1,888.90 | $1,888.90 |
| 10 | Anna Suchorzewski | 5300-000 | $0.00 | $1,758.14 | $1,201.70 | $1,201.70 |
| 11 | Glenn Baron | 5300-000 | $0.00 | $257.41 | $175.94 | $175.94 |
| 13 | Annemarie Giovanelli | 5300-000 | $0.00 | $1,043.48 | $713.21 | $713.21 |
| 14 | Cynthia Whalen | 5300-000 | $0.00 | $2,014.45 | $1,376.87 | $1,376.87 |
| 15 | Miguel Rodriguez, Jr. | 5300-000 | $0.00 | $27.65 | $18.90 | $18.90 |
| 22-1 | Massachusetts Dept of Revenue | 5800-000 | $0.00 | $23,181.84 | $23,181.84 | $23,181.84 |
| 26A | Kelly B. Moran | 5300-000 | $0.00 | $457,500.00 | $0.00 | $0.00 |
| 27 | Commonwealth of Massachusetts | 5800-000 | $0.00 | $28,352.44 | $28,352.44 | $28,352.44 |
| 28-1 | Franchise Tax Board | 5300-000 | NA | $0.00 | $0.00 | $0.00 |
| 30 | Dept of the Treasury - Intermal Revenue Service | 5800-000 | $0.00 | $468.86 | $468.86 | $468.86 |
| 32-1 | Franchise Tax Board | 5800-000 | NA | $22,750.48 | $18,471.19 | $18,471.19 |
| | Internal Revenue Service - EFTPS - 940 | 5800-000 | NA | NA | $618.43 | $618.43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Internal Revenue Service - EFTPS - 941 | 5300-000 | NA | NA | $2,473.73 | $2,473.73 |
| | Internal Revenue Service - EFTPS - 941 | 5800-000 | NA | NA | $149.45 | $149.45 |
| | Internal Revenue Service - EFTPS - 941 | 5300-000 | NA | NA | $149.45 | $149.45 |
| | Internal Revenue Service - EFTPS - 941 | 5800-000 | NA | NA | $639.05 | $639.05 |
| | Internal Revenue Service - EFTPS - 941 | 5300-000 | NA | NA | $639.05 | $639.05 |
| N/F | Secretary of State | 5800-000 | NA | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$551,323.76** | **$90,951.40** | **$90,951.40** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Patentica Ltd. | 7100-000 | $644.00 | $2,535.00 | $2,535.00 | $1,258.02 |
| 2 | Fedex Techconnect, Inc. | 7100-000 | $0.00 | $1,257.09 | $1,257.09 | $623.84 |
| 3 | Earthlink fdba One Communications | 7100-000 | $74.85 | $1,270.52 | $1,270.52 | $630.51 |
| 4 | Pennwell Corporation | 7100-000 | $375.00 | $1,125.00 | $1,125.00 | $558.29 |
| 5 | LexisNexis | 7100-000 | $441.87 | $3,534.96 | $3,534.96 | $1,754.26 |
| 6-2 | United Parcel Service | 7100-000 | $20,826.51 | $1,029.83 | $1,029.83 | $511.06 |
| 12 | Melanie L. Cyganowski | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16B | Angiodynamics, Inc. | 7100-000 | $0.00 | $0.00 | $650,000.00 | $322,568.85 |
| 17 | Biolitec Medical Devices, Inc. | 7100-000 | $130,926.16 | $0.00 | $0.00 | $0.00 |
| 18 | Biolitec Holding U.S., Inc. | 7100-000 | $36,652.36 | $0.00 | $0.00 | $0.00 |
| 19 | Biolitec U.S., Inc. | 7100-000 | $124,115.01 | $0.00 | $0.00 | $0.00 |
| 21B | Biolitec Consulting and Management | 7400-000 | $0.00 | $0.00 | $2,180,000.00 | $0.00 |
| 22-2 | Massachusetts Dept of Revenue | 7300-000 | $0.00 | $6,409.00 | $6,409.00 | $0.00 |
| 23 | Perkinelmer Singapore Pte Ltd | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | Perkinelmer Singapore Pte Ltd | 7100-000 | $0.00 | $6,875.00 | $6,875.00 | $3,411.79 |
| 26B | Kelly B. Moran | 7100-000 | $0.00 | $0.00 | $61,515.00 | $30,527.42 |
| 28-2 | Franchise Tax Board | 7200-000 | NA | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 32-2 | Franchise Tax Board | 7200-000 | NA | $0.00 | $4,279.29 | $0.00 |
| | Internal Revenue Service - EFTPS - 940 | 7100-000 | NA | NA | $420.00 | $208.43 |
| | Internal Revenue Service - EFTPS - 941 | 7100-000 | NA | NA | $1,305.00 | $647.62 |
| | Internal Revenue Service - EFTPS - 941 | 7100-000 | NA | NA | $5,580.00 | $2,769.13 |
| | Internal Revenue Service - EFTPS - 941 | 7100-000 | NA | NA | $1,305.00 | $647.62 |
| | Internal Revenue Service - EFTPS - 941 | 7100-000 | NA | NA | $5,580.00 | $2,769.13 |
| | Internal Revenue Service - EFTPS - 941 | 7100-000 | NA | NA | $21,600.00 | $10,719.21 |
| N/F | AT&T | 7100-000 | $1,549.45 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $2,762.13 | NA | NA | NA |
| N/F | Blue Cross & Blue Shield of MA | 7100-000 | $3,924.30 | NA | NA | NA |
| N/F | Boston Mutual | 7100-000 | $217.83 | NA | NA | NA |
| N/F | CHUBB | 7100-000 | $71,243.11 | NA | NA | NA |
| N/F | CT Corporation | 7100-000 | $284.00 | NA | NA | NA |
| N/F | Charter Business | 7100-000 | $570.83 | NA | NA | NA |
| N/F | Choice Care Card | 7100-000 | $1,109.13 | NA | NA | NA |
| N/F | Coffee Pause Company | 7100-000 | $158.30 | NA | NA | NA |
| N/F | Convention Data Services | 7100-000 | $44.31 | NA | NA | NA |
| N/F | FIS | 7100-000 | $256.24 | NA | NA | NA |
| N/F | Floral Expositions Inc. | 7100-000 | $127.24 | NA | NA | NA |
| N/F | Four Star Plastics | 7100-000 | $636.64 | NA | NA | NA |

| N/F | GA Blanco & Sons, Inc. | 7100-000 | $24.08 | NA | NA | NA |
|-----|------------------------|----------|--------|----|----|-----|
| N/F | Hardware Specialty Co., Inc. | 7100-000 | $5,157.30 | NA | NA | NA |
| N/F | ITN International, Inc. | 7100-000 | $415.00 | NA | NA | NA |
| N/F | Leitner Leitner, Auditor | 7100-000 | $2.14 | NA | NA | NA |
| N/F | Louis Levin & Son, Inc. | 7100-000 | $1,422.00 | NA | NA | NA |
| N/F | MassMutual Financial Group | 7100-000 | $457.96 | NA | NA | NA |
| N/F | McCarter & English | 7100-000 | $49,811.69 | NA | NA | NA |
| N/F | McGrath Insurance Group, Inc. | 7100-000 | $35,864.25 | NA | NA | NA |
| N/F | Mitsubishi International Corp. | 7100-000 | NA | NA | NA | NA |
| N/F | Morial Convention Center | 7100-000 | $139.00 | NA | NA | NA |
| N/F | Multimode Fiber Optics | 7100-000 | $2,075.00 | NA | NA | NA |
| N/F | National Grid | 7100-000 | $1,356.46 | NA | NA | NA |
| N/F | Olivares y Compania, S.C. | 7100-000 | $662.90 | NA | NA | NA |
| N/F | Onsite PC Solution | 7100-000 | $250.00 | NA | NA | NA |
| N/F | PIP Printing | 7100-000 | $195.50 | NA | NA | NA |
| N/F | Paychex | 7100-000 | $602.13 | NA | NA | NA |
| N/F | Personnel Concepts | 7100-000 | $25.90 | NA | NA | NA |
| N/F | Powell Electronics | 7100-000 | $1,277.88 | NA | NA | NA |
| N/F | Residence Inn | 7100-000 | $1,278.80 | NA | NA | NA |
| N/F | SABIC Polymershapes | 7100-000 | $660.00 | NA | NA | NA |
| N/F | Smarter Shows | 7100-000 | $900.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| N/F | Terminix | 7100-000 | $495.00 | NA | NA | NA |
| N/F | The Griffith Firm | 7100-000 | $56,280.84 | NA | NA | NA |
| N/F | The Republican | 7100-000 | $66.30 | NA | NA | NA |
| N/F | The Roberts E. Morris Company | 7100-000 | $29.47 | NA | NA | NA |
| N/F | The Toy Box | 7100-000 | $130.00 | NA | NA | NA |
| N/F | VWR | 7100-000 | $711.43 | NA | NA | NA |
| N/F | Verizon Wireless | 7100-000 | $875.50 | NA | NA | NA |
| N/F | W.B. Mason | 7100-000 | $8,793.39 | NA | NA | NA |
| N/F | Zeus Industrial Products, Inc. | 7100-000 | $340.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$567,239.19** | **$24,036.40** | **$2,955,620.69** | **$379,605.18** |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  16-12758- VFP
**Case Name:**  CeramOptec Industries, Inc.

**Trustee Name:**  (280161) George L. Miller
**Date Filed (f) or Converted (c):**  04/17/2015 (f)
**§ 341(a) Meeting Date:**  05/22/2015

**For Period Ending:**  12/17/2019

**Claims Bar Date:**  09/03/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank Account - TD Bank ending 3709 | 4,734.28 | 128,671.54 | | 128,671.54 | FA |
| 2 | Bank Account - TD Bank ending 8714 | 29,757.89 | 16,260.64 | | 16,260.64 | FA |
| 3 | Accounts Receivable<br>Book value substantially overstated at Petition Date | 617,883.00 | 250,000.00 | | 226,355.92 | FA |
| 4 | Refunds (u) | 266.05 | 266.05 | | 266.05 | FA |
| 5 | Real Property - 515 Shaker Road, East Longmeadow<br>Asset transferred pursuant to settlement dated 10/14/2015, approved by Bankruptcy Court Order dated 06/10/2016 [NJ D.I. 197] | 830,000.00 | 1,152,770.38 | | 1,152,770.38 | FA |
| 6 | Office Equipment Furnishing and Supplies | Unknown | 0.00 | OA | 0.00 | |
| 7 | Machinery, fixtures, equipment and supplies | Unknown | 0.00 | OA | 0.00 | FA |
| 8 | Inventory | 275,945.47 | 0.00 | OA | 0.00 | FA |
| 9 | Claim against bankruptcy estate - Biolitec, Inc.<br>Amount released pursuant to settlement dated 10/14/2015, approved by Bankruptcy Court Order dated 06/10/2016 [NJ D.I. 197] | Unknown | 0.00 | | 0.00 | FA |
| 10 | Claim against bankruptcy estate - Biolitec Holdi<br>The Trustee has resolved related party litigation and may not receive a distribution. | 4,654,172.87 | 0.00 | | 0.00 | FA |
| 11 | Claim against bankruptcy estate - Biolitec, US<br>The Trustee has resolved related party litigation and may not receive a distribution. | 136,794.72 | 0.00 | | 0.00 | FA |
| 12 | Salary Receivable<br>Based upon Trustee's review, this asset is uncollectible | 50,000.00 | 0.00 | | 0.00 | FA |
| 13 | Prepaid Insurance | 102,884.34 | 58,295.42 | | 58,295.42 | FA |
| 14 | Deferred Federal Tax asset<br>Deferred tax assets represent a capitalization of future tax benefits derived from the use of NOLs.  The estate will receive no such tax benefits. | 15,000.00 | 0.00 | | 0.00 | FA |
| 15 | Deferred MA tax asset<br>Deferred tax assets represent a capitalization of future tax benefits derived from the use of NOLs.  The estate will receive no such tax benefits. | 4,000.00 | 0.00 | | 0.00 | FA |
| 16 | Prepaid federal tax<br>Collected in case #15-10830 | 72,000.00 | 0.00 | | 0.00 | FA |
| 17 | Prepaid Expenses (Website amortized - $29,000.00 | 29,124.75 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.:   16-12758- VFP

Case Name:   CeramOptec Industries, Inc.

For Period Ending:   12/17/2019

Trustee Name:   (280161) George L. Miller

Date Filed (f) or Converted (c):   04/17/2015 (f)

§ 341(a) Meeting Date:   05/22/2015

Claims Bar Date:   09/03/2015

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Advance Payment -United States Patent Office<br><br>Advance has no value and has been transferred to secured lender as part of a settlement. | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 19 | Bankruptcy Claim Recovery (u)<br><br>Allegheny, Health, Education and Research Foundation (29.17)<br>Energy Conversion Devices, Inc. (48.18) | 77.35 | 77.35 | | 77.35 | FA |
| 20 | Tax Refund - Federal Refund from TaxPay Account (u) | 63.64 | 63.64 | | 63.64 | FA |
| 21 | Tax Refund - MA Refund from TaxPay Account (u) | 3,331.28 | 3,331.28 | | 3,331.28 | FA |
| 22 | Litigation Settlement- Biolitec Consulting and Management et al (u)<br><br>Represents settlement payment for litigation with insiders and former directors and officers. | 2,180,000.00 | 2,180,000.00 | | 2,180,000.00 | FA |
| 23 | Penny Arcade Litigation (u) | 0.91 | 0.91 | | 0.91 | FA |
| 24 | Litigation - Bacchi v. Massachusetts Mutual Life Ins. Co. (u) | 2.78 | 2.78 | | 2.78 | FA |
| 24 | Assets Totals (Excluding unknown values) | **$9,014,039.33** | **$3,797,739.99** | | **$3,766,095.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   06/30/2019          **Current Projected Date Of Final Report (TFR):**   04/17/2019 (Actual)

## Form 2

Exhibit 9

Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-12758- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | CeramOptec Industries, Inc. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***4031 | Account #: | ******2642 Checking |
| For Period Ending: | 12/17/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/28/16 | | CeramOptec Industries, Inc. | Transfer funds from CeramOptec Industries, Inc - DE (15-10833) to CeramOptec Industries, Inc - NJ (16-12758) | | 430,321.84 | | 430,321.84 |
| | {21} | CeramOptec Industries, Inc. | Tax Refund - MA Refund from TaxPay Account $3,331.28 | 1224-000 | | | |
| | {4} | CeramOptec Industries, Inc. | Refunds $266.05 | 1229-000 | | | |
| | {20} | CeramOptec Industries, Inc. | Tax Refund - Federal Refund from TaxPay Account $63.64 | 1224-000 | | | |
| | {3} | CeramOptec Industries, Inc. | Accounts Receivable $223,355.92 | 1121-000 | | | |
| | {13} | CeramOptec Industries, Inc. | Prepaid Insurance $58,295.42 | 1129-000 | | | |
| | {2} | CeramOptec Industries, Inc. | Bank Account - TD Bank ending 8714 $16,260.64 | 1129-000 | | | |
| | {1} | CeramOptec Industries, Inc. | Bank Account - TD Bank ending 3709 $128,671.54 | 1129-000 | | | |
| | {19} | CeramOptec Industries, Inc. | Bankruptcy Claim Recovery $77.35 | 1224-000 | | | |
| 04/28/16 | 601000 | CeramOptec Industries, Inc. | To reimburse CeramOptec Industries, Inc. - DE for expenses paid | | | 106,740.85 | 323,580.99 |
| | | | Surety Bond Fees - Int'l Surety $186.45 | 2300-000 | | | |
| | | | Storage Fees - Hill Archive $9,876.24 | 2410-000 | | | |
| | | | Insurance, Security Fees $43,520.09 | 2420-000 | | | |
| | | | Bank Fees - Union Bank $4,067.07 | 2600-000 | | | |
| | | | Chapter 7 Expenses $26,836.26 | 2990-000 | | | |
| | | | 401(k) Contributions - Lincoln Financial $8,071.79 | 5400-000 | | | |
| | | National Grid | Electric Service $10,404.88 | 2990-000 | | | |
| | | Columbia Gas of MA | Gas Service $3,778.07 | 2990-000 | | | |

Page Subtotals:     **$430,321.84**     **$106,740.85**

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

## Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 16-12758- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | CeramOptec Industries, Inc. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***4031 | Account #: | ******2642 Checking |
| For Period Ending: | 12/17/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/09/16 | 601001 | Caron Management | Work Order Invoice #13 dated 04/27/16 Labor & Materials to install new chain for sprinkler system control valves (Insurance Policy Compliance) Location: 515 Shaker Rd. East Longmeadow, MA | 2420-000 | | 371.00 | 323,209.99 |
| 05/11/16 | 601002 | Columbia Gas of MA | Gas service for 515 Shaker Rd., E. Longmeadow, MA For period 04/06/16 to 05/04/16 | 2990-000 | | 412.03 | 322,797.96 |
| 05/16/16 | 601003 | Hill Archive | Invoice #26523 dated 05/15/16 - Record storage for Jun/2016; del/pickup | 2410-000 | | 278.41 | 322,519.55 |
| 05/25/16 | 601004 | National Grid | Electric Service For 515 Shaker Rd., E. Longmeadow, MA A/C #*****-*8046 from 04/07/16 to 05/06/16 | 2990-000 | | 552.72 | 321,966.83 |
| 05/25/16 | 601005 | Earthlink Business | Local and long distance services for 515 Shaker Rd., E. Longmeadow, MA A/C #3000393 from 05/08/16 to 06/07/16 | 2990-000 | | 34.36 | 321,932.47 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 30.94 | 321,901.53 |
| 06/15/16 | 601006 | Columbia Gas of MA | Gas service for 515 Shaker Rd., E. Longmeadow, MA For period 05/04/16 to 06/06/16 | 2990-000 | | 289.26 | 321,612.27 |
| 06/15/16 | 601007 | National Grid | Electric Service For 515 Shaker Rd., E. Longmeadow, MA A/C #*****-*8046 from 05/06/16 to 06/07/16 | 2990-000 | | 641.56 | 320,970.71 |
| 06/16/16 | {3} | Thorlabs, Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 3,000.00 | | 323,970.71 |
| 06/20/16 | 601008 | Hill Archive | Invoice #26848 dated 06/15/16 - Record storage for July/2016 | 2410-000 | | 243.10 | 323,727.61 |
| 06/20/16 | 601009 | Caron Management | Statement of Account - 06/01/16 Management Fee for May and June/2016 Location: 515 Shaker Rd. East Longmeadow, MA | 2420-000 | | 400.00 | 323,327.61 |
| 06/21/16 | 601010 | Earthlink Business | Local and long distance services for 515 Shaker Rd., E. Longmeadow, MA A/C #3000393 from 06/08/16 to 07/07/16 | 2990-000 | | 34.36 | 323,293.25 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 478.91 | 322,814.34 |
| 07/18/16 | 601011 | Town of East Longmeadow | Bill #237571 dated 06/28/16 for Acct #011997 - Water and Sewer Property Location: 515 Shaker Road | 2990-000 | | 87.00 | 322,727.34 |
| 07/18/16 | 601012 | Caron Management | Statement of Account - 07/01/16 Management Fee for July/2016 Location: 515 Shaker Rd. East Longmeadow, MA | 2420-000 | | 200.00 | 322,527.34 |
| 07/18/16 | 601013 | Earthlink Business | Local and long distance services for 515 Shaker Rd., E. Longmeadow, MA A/C #3000393 from 07/08/16 to 08/07/16 | 2990-000 | | 34.11 | 322,493.23 |
| 07/21/16 | 601014 | National Grid | Electric Service For 515 Shaker Rd., E. Longmeadow, MA A/C #*****-*8046 from 06/07/16 to 07/07/16 | 2990-000 | | 666.64 | 321,826.59 |

Page Subtotals:       **$3,000.00**       **$4,754.40**

## Form 2

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 16-12758- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | CeramOptec Industries, Inc. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***4031 | Account #: | ******2642 Checking |
| For Period Ending: | 12/17/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/21/16 | 601015 | Columbia Gas of MA | Gas service for 515 Shaker Rd., E. Longmeadow, MA Acct #***-***-005-6 For period 06/06/16 to 07/06/16 | 2990-000 | | 118.03 | 321,708.56 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 463.34 | 321,245.22 |
| 08/01/16 | 601016 | Hill Archive | Invoice #27167 dated 07/15/16 - Record storage for Aug/2016 | 2410-000 | | 243.10 | 321,002.12 |
| 08/16/16 | 601017 | Hill Archive | Invoice #27493 dated 08/15/16 - Record storage for Sept/2016 | 2410-000 | | 243.10 | 320,759.02 |
| 08/24/16 | 601018 | Columbia Gas of MA | Gas service for 515 Shaker Rd., E. Longmeadow, MA Acct #***-***-005-6 For period 07/06/16 to 08/04/16 | 2990-000 | | 88.28 | 320,670.74 |
| 08/24/16 | 601019 | Earthlink Business | Local and long distance services for 515 Shaker Rd., E. Longmeadow, MA A/C #3000393 from 08/08/16 to 09/07/16 | 2990-000 | | 34.11 | 320,636.63 |
| 08/24/16 | 601020 | National Grid | Electric Service For 515 Shaker Rd., E. Longmeadow, MA A/C #*****-*8046 from 07/07/16 to 08/05/16 | 2990-000 | | 769.31 | 319,867.32 |
| 08/24/16 | 601021 | Caron Management | Statement of Account - 08/01/16 Management Fee for Aug/2016 Location: 515 Shaker Rd. East Longmeadow, MA | 2420-000 | | 200.00 | 319,667.32 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 478.07 | 319,189.25 |
| 09/14/16 | 601022 | Caron Management | Statement of Account - 09/01/16 Management Fee for Sept/2016 Location: 515 Shaker Rd. East Longmeadow, MA | 2420-000 | | 200.00 | 318,989.25 |
| 09/15/16 | 601023 | Earthlink Business | Local and long distance services for 515 Shaker Rd., E. Longmeadow, MA A/C #3000393 from 09/08/16 to 10/07/16 | 2990-000 | | 34.11 | 318,955.14 |
| 09/15/16 | 601024 | Hill Archive | Invoice #27817 dated 09/15/16 - Record storage for Oct/2016 | 2410-000 | | 243.10 | 318,712.04 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 475.48 | 318,236.56 |
| 10/06/16 | 601025 | Caron Management | Statement of Account - 10/01/16 Management Fee for Oct/2016 Location: 515 Shaker Rd. East Longmeadow, MA | 2420-000 | | 200.00 | 318,036.56 |
| 10/24/16 | 601026 | Columbia Gas of MA | Gas service for 515 Shaker Rd., E. Longmeadow, MA Acct #***-***-005-6 For period 08/04/16 to 10/06/16 | 2990-000 | | 261.26 | 317,775.30 |
| 10/24/16 | 601027 | Hill Archive | Invoice #28150 dated 10/15/16 - Record storage for Nov/2016 | 2410-000 | | 243.10 | 317,532.20 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 457.51 | 317,074.69 |
| 11/07/16 | | Columbia Gas of Massachusetts | Refund of deposit for gas service Property located at: 515 Shaker Rd., E. Longmeadow, MA | 2990-000 | | -1,675.07 | 318,749.76 |

Page Subtotals:    $0.00    $3,076.83

## Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-12758- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | CeramOptec Industries, Inc. | Bank Name: | UNION BANK |
| Taxpayer ID #: | **-***4031 | Account #: | ******2642 Checking |
| For Period Ending: | 12/17/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/11/16 | | Columbia Gas of Massachusetts | Refund of deposit for gas service Property located at: 515 Shaker Rd., E. Longmeadow, MA | 2990-000 | | -261.26 | 319,011.02 |
| 11/11/16 | | National Grid | Refund of deposit for electric service Property located at: 515 Shaker Rd., E. Longmeadow, MA | 2990-000 | | -4,536.29 | 323,547.31 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 471.29 | 323,076.02 |
| 12/06/16 | 601028 | Hill Archive | Invoice #28492 dated 11/15/16 - Record storage for Dec/2016 | 2410-000 | | 243.10 | 322,832.92 |
| 12/06/16 | 601029 | Caron Management | W/O #14 - Response to security alarm at Debtor property Location: 515 Shaker Rd. East Longmeadow, MA | 2420-000 | | 574.10 | 322,258.82 |
| 12/21/16 | 601030 | Hill Archive | Invoice #28836 dated 12/15/16 - Record storage for Jan/2017 | 2410-000 | | 243.10 | 322,015.72 |
| 12/23/16 | | Melanie L. Cyganowski | Transfer of Property located at 515 Shaker Rd., East Longmeadow, MA to Biolitec-NJ Trustee pursuant to Court Order dated 06/10/16 [D.I. 197] | | 0.00 | | 322,015.72 |
| | | Melanie L. Cyganowski | Payment of claim in consideration of transfer of property<br><br>-$1,152,770.38 | 4110-000 | | | |
| | {5} | Melanie L. Cyganowski | Consideration for Transferred Property<br><br>$1,152,770.38 | 1110-000 | | | |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 460.44 | 321,555.28 |
| 01/25/17 | 601031 | Hill Archive | Invoice #29177 dated 01/15/17 - Record storage for Feb/2017 | 2410-000 | | 242.82 | 321,312.46 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 477.86 | 320,834.60 |
| 01/30/17 | 601032 | International Sureties LTD | 2017 NJ Blanket Bond Premium; Bond #016026384 for the term 01/01/17 through 01/01/18 | 2300-000 | | 97.66 | 320,736.94 |
| 02/20/17 | 601033 | Hill Archive | Invoice #29535 dated 02/15/17 - Record storage for Mar/2017 | 2410-000 | | 242.82 | 320,494.12 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 477.71 | 320,016.41 |
| 03/21/17 | 601034 | Hill Archive | Invoice #29884 dated 03/15/17 - Record storage for Apr/2017; del/pickup | 2410-000 | | 305.34 | 319,711.07 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 430.47 | 319,280.60 |
| 04/17/17 | 601035 | Hill Archive | Invoice #30234 dated 04/15/17 - Record storage for May/2017; Del/Pickup; Trip Charge - Rush | 2410-000 | | 421.84 | 318,858.76 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 475.46 | 318,383.30 |
| 05/16/17 | 601036 | Hill Archive | Invoice #30596 dated 05/15/17 - Record storage for June/2017 | 2410-000 | | 242.82 | 318,140.48 |

Page Subtotals: $0.00   $609.28

# Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-12758- VFP |
| **Case Name:** | CeramOptec Industries, Inc. |
| **Taxpayer ID #:** | **-***4031 |
| **For Period Ending:** | 12/17/2019 |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280161) |
| **Bank Name:** | UNION BANK |
| **Account #:** | ******2642 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 458.88 | 317,681.60 |
| 06/19/17 | 601037 | Hill Archive | Invoice #30970 dated 06/15/17 - Record storage for July/2017 | 2410-000 | | 242.82 | 317,438.78 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 472.91 | 316,965.87 |
| 07/20/17 | 601038 | Hill Archive | Invoice #31331 dated 07/15/17 - Record storage for Aug/2017; Del/pickup | 2410-000 | | 278.89 | 316,686.98 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 456.72 | 316,230.26 |
| 08/22/17 | 601039 | Hill Archive | Invoice #31721 dated 08/15/17 - Record storage for Sep/2017; Retrieval/Return of boxes | 2410-000 | | 384.96 | 315,845.30 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 470.86 | 315,374.44 |
| 09/21/17 | 601040 | Hill Archive | Invoice #32127 dated 09/15/17 - Record storage for Oct/2017; pick up/delivery | 2410-000 | | 275.63 | 315,098.81 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 469.78 | 314,629.03 |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS TO RABOBANK | 9999-000 | | 314,629.03 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 433,321.84 | 433,321.84 | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 314,629.03 | |
| **Subtotal** | 433,321.84 | 118,692.81 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$433,321.84** | **$118,692.81** | |

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 16-12758- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | CeramOptec Industries, Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4031 | Account #: | ******4666 Checking Account |
| For Period Ending: | 12/17/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/16/17 | | DEBTOR'S BANKRUPTCY ESTATE | TRANSFER OF FUNDS FROM UNION BANK | 9999-000 | 314,629.03 | | 314,629.03 |
| 10/31/17 | {22} | Biolitec Consulting und Management | Settlement of Litigation pursuant to Court Order dated 10/11/2017 [D.I. 272] | 1241-000 | 2,180,000.00 | | 2,494,629.03 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 226.27 | 2,494,402.76 |
| 11/17/17 | 700001 | Hill Archive | Invoice #32905 dated 11/15/17 - Record storage for Dec/2017 | 2410-000 | | 246.56 | 2,494,156.20 |
| 11/17/17 | 700002 | Biolitec Holding U.S., Inc. | Reimbursement to Biolitec Holding U.S., Inc.; Bky. No. 16-12704 for payment to Hill Archive paid from incorrect debtor: Invoice #32510 dated 10/15/17 - Record storage for Nov/2017 | 2410-000 | | 246.56 | 2,493,909.64 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,876.71 | 2,491,032.93 |
| 12/21/17 | 700003 | Kaufman Coren & Ress, P.C. | 1st Interim Fee Application pursuant to Court Order dated 12/20/2017 [D.I. 284] | | | 764,079.29 | 1,726,953.64 |
| | | Kaufman Coren & Ress, P.C. | Fees (1st Interim) $763,000.00 | 3210-000 | | | |
| | | Kaufman Coren & Ress, P.C. | Expenses (1st Interim) $1,079.29 | 3220-000 | | | |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,741.54 | 1,724,212.10 |
| 01/03/18 | 700004 | Hill Archive | Invoice #33309 dated 12/15/17 - Record storage for Jan/2018 | 2410-000 | | 246.56 | 1,723,965.54 |
| 01/08/18 | 700005 | Miller Coffey Tate LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 12/27/2017 [D.I. 286 filed in case no. 16-12758] | | | 487,405.41 | 1,236,560.13 |
| | | Miller Coffey Tate LLP | Fees (1st Interim) $483,662.00 | 3310-000 | | | |
| | | Miller Coffey Tate LLP | Expenses (1st Interim) $3,743.41 | 3320-000 | | | |
| 01/22/18 | 700006 | International Sureties,, LTD. | Blanket Bond #016026384 for the period 01/01/18 to 01/01/19 | 2300-000 | | 693.99 | 1,235,866.14 |
| 01/22/18 | 700007 | Hill Archive | Invoice #33696 dated 01/15/18 - Record storage for Feb/2018; delivery/pickup 2x; initial box input | 2410-000 | | 346.26 | 1,235,519.88 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 2,213.56 | 1,233,306.32 |
| 02/20/18 | 700008 | Hill Archive | Invoice #34114 dated 02/15/18 - Record storage for Mar/2018 | 2410-000 | | 246.36 | 1,233,059.96 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,655.61 | 1,231,404.35 |
| 03/23/18 | 700009 | Hill Archive | Invoice #34512 dated 03/15/18 - Record storage for Apr/2018 | 2410-000 | | 246.36 | 1,231,157.99 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,771.14 | 1,229,386.85 |
| 04/18/18 | {23} | Penny Arcade Settlement A-C 1 | Settlement of Penny Arcade Litigation | 1249-000 | 0.91 | | 1,229,387.76 |

Page Subtotals:    $2,494,629.94    $1,265,242.18

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page: 7

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-12758- VFP | | | **Trustee Name:** | George L. Miller (280161) | |
| **Case Name:** | CeramOptec Industries, Inc. | | | **Bank Name:** | Mechanics Bank | |
| **Taxpayer ID #:** | **-***4031 | | | **Account #:** | ******4666 Checking Account | |
| **For Period Ending:** | 12/17/2019 | | | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | | | **Separate Bond (if applicable):** | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/25/18 | 700010 | Hill Archive | Invoice #34914 dated 04/15/18 - Record storage for May/2018 | 2410-000 | | 246.36 | 1,229,141.40 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,709.34 | 1,227,432.06 |
| 05/18/18 | {24} | Bacchi v Massachusetts Mutual Ins Co | Settlement of Class Action Lawsuit in re: Bacchi v. Massachusetts Mutual Life Insurance Company | 1249-000 | 2.78 | | 1,227,434.84 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,942.19 | 1,225,492.65 |
| 06/01/18 | 700011 | Hill Archive | Invoice #35307 dated 05/15/18 - Record storage for June/2018 | 2410-000 | | 246.36 | 1,225,246.29 |
| 06/01/18 | 700012 | Pachulski Stang Ziehl & Jones LLP | 1st Interim Fee and Expense Application pursuant to Court Order dated 05/18/18 [D.I. 305 filed in case no. 16-12758] | | | 465,424.99 | 759,821.30 |
| | | Pachulski Stang Ziehl & Jones LLP | 1st Interim Fees $451,555.00 | 3210-000 | | | |
| | | Pachulski Stang Ziehl & Jones LLP | 1st Interim Expenses $13,869.99 | 3220-000 | | | |
| 06/21/18 | 700013 | Hill Archive | Invoice #35689 dated 06/15/18 - Record storage for July/2018 | 2410-000 | | 246.36 | 759,574.94 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,212.70 | 758,362.24 |
| 07/18/18 | 700014 | Hill Archive | Invoice #36085 dated 07/15/18 - Record storage for Aug/2018 | 2410-000 | | 246.36 | 758,115.88 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 1,163.44 | 756,952.44 |
| 08/09/18 | 700015 | Melanie L. Cyganowski, Chapter 7 Trustee of Biolitec, Inc. | Payment of claim #31 | 2820-000 | | 21,776.81 | 735,175.63 |
| 08/10/18 | 700016 | Hill Archive | Invoice #******-1725 dated 08/09/18 - Record storage for Sept - Dec/2018 | 2410-000 | | 985.43 | 734,190.20 |
| 02/12/19 | 700017 | International Sureties, LTD. | 2019 Blanket Bond #016026384 for the term 01/01/2019 through 01/01/2020 | 2300-000 | | 220.24 | 733,969.96 |
| 08/07/19 | 700018 | Hill Archive | Invoice #******-1823 dated 08/09/18 - Record storage for Jan/2019 - July/2019 | 2410-000 | | 1,847.68 | 732,122.28 |
| 08/07/19 | 700019 | Miller Coffey Tate LLP | Combined dividend payments for Claim #MCTEXP, MCTFEE | | | 17,332.96 | 714,789.32 |
| | | Miller Coffey Tate LLP | Claims Distribution - Wed, 08-07-2019 $72.96 | 3320-000 | | | |
| | | Miller Coffey Tate LLP | Claims Distribution - Wed, 08-07-2019 $17,260.00 | 3310-000 | | | |
| 08/07/19 | 700020 | Pachulski Stang Ziehl & Jones LLP | Combined dividend payments for Claim #PSZJ Exp, PSZJ Fee | | | 75,761.73 | 639,027.59 |
| | | Pachulski Stang Ziehl & Jones LLP | Claims Distribution - Wed, 08-07-2019 $5,188.12 | 3220-000 | | | |

Page Subtotals:      $2.78      $590,362.95

# Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 8

| | | |
|---|---|---|
| **Case No.:** | 16-12758- VFP | |
| **Case Name:** | CeramOptec Industries, Inc. | |
| **Taxpayer ID #:** | **-***4031 | |
| **For Period Ending:** | 12/17/2019 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280161) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | Pachulski Stang Ziehl & Jones LLP | Claims Distribution - Wed, 08-07-2019<br><br>$70,573.61 | 3210-000 | | | |
| 08/07/19 | 700021 | George L. Miller | Distribution payment - Dividend paid at 100.00% of $136,232.88; Claim # TFEE; Filed: $136,232.88 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 2100-000 | | 136,232.88 | 502,794.71 |
| 08/07/19 | 700022 | George L. Miller | Distribution payment - Dividend paid at 100.00% of $4,412.00; Claim # TREXP; Filed: $4,412.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 2200-000 | | 4,412.00 | 498,382.71 |
| 08/07/19 | 700023 | Taylor Wessing LLP; Shane Gleghorn, Partner | Distribution payment - Dividend paid at 100.00% of $29,075.88; Claim # TW Fee; Filed: $29,075.88 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 3210-000 | | 29,075.88 | 469,306.83 |
| 08/07/19 | 700024 | Massachusetts Dept of Revenue | Distribution payment - Dividend paid at 100.00% of $6,000.00; Claim # 25; Filed: $6,000.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 2820-000 | | 6,000.00 | 463,306.83 |
| 08/07/19 | 700025 | Franchise Tax Board | Combined dividend payments for Claim #29, 32-1 | | | 19,293.23 | 444,013.60 |
| | | Franchise Tax Board | Claims Distribution - Wed, 08-07-2019<br><br>$822.04 | 2820-000 | | | |
| | | Franchise Tax Board | Claims Distribution - Wed, 08-07-2019<br><br>$18,471.19 | 5800-000 | | | |
| 08/07/19 | 700026 | United Parcel Service | Combined dividend payments for Claim #6-1, 6-2 | | | 1,202.23 | 442,811.37 |
| | | United Parcel Service | Claims Distribution - Wed, 08-07-2019<br><br>$691.17 | 5200-000 | | | |
| | | United Parcel Service | Claims Distribution - Wed, 08-07-2019<br><br>$511.06 | 7100-000 | | | |
| 08/07/19 | 700027 | Miguel Rodriguez | Distribution payment - Dividend paid at 68.35% of $815.78; Claim # 7; Filed: $815.78 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 557.58 | 442,253.79 |
| 08/07/19 | 700028 | Astride Pereira | Distribution payment - Dividend paid at 68.35% of $1,626.71; Claim # 8; Filed: $1,626.71 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 1,111.85 | 441,141.94 |
| 08/07/19 | 700029 | Richard Malmborg | Distribution payment - Dividend paid at 68.35% of $2,763.56; Claim # 9; Filed: $2,763.56 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 1,888.90 | 439,253.04 |
| 08/07/19 | 700030 | Anna Suchorzewski | Distribution payment - Dividend paid at 68.35% of $1,758.14; Claim # 10; Filed: $1,758.14 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 1,201.70 | 438,051.34 |

**Page Subtotals:**      $0.00      $200,976.25

## Form 2

Exhibit 9

Page: 9

## Cash Receipts And Disbursements Record

| Case No.: | 16-12758- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | CeramOptec Industries, Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4031 | Account #: | ******4666 Checking Account |
| For Period Ending: | 12/17/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/19 | 700031 | Glenn Baron | Distribution payment - Dividend paid at 68.35% of $257.41; Claim # 11; Filed: $257.41 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 175.94 | 437,875.40 |
| 08/07/19 | 700032 | Annemarie Giovanelli | Distribution payment - Dividend paid at 68.35% of $1,043.48; Claim # 13; Filed: $1,043.48 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 713.21 | 437,162.19 |
| 08/07/19 | 700033 | Cynthia Whalen | Distribution payment - Dividend paid at 68.35% of $2,014.45; Claim # 14; Filed: $2,014.45 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 1,376.87 | 435,785.32 |
| 08/07/19 | 700034 | Miguel Rodriguez, Jr. | Distribution payment - Dividend paid at 68.35% of $27.65; Claim # 15; Filed: $27.65 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5300-000 | | 18.90 | 435,766.42 |
| 08/07/19 | 700035 | Massachusetts Dept of Revenue | Distribution payment - Dividend paid at 100.00% of $23,181.84; Claim # 22-1; Filed: $23,181.84 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5800-000 | | 23,181.84 | 412,584.58 |
| 08/07/19 | 700036 | Commonwealth of Massachusetts | Distribution payment - Dividend paid at 100.00% of $28,352.44; Claim # 27; Filed: $28,352.44 pursuant to Court Order dated 08/02/2019 [D.I. 345] Stopped on 10/08/2019 | 5800-005 | | 28,352.44 | 384,232.14 |
| 08/07/19 | 700037 | Dept of the Treasury - Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $468.86; Claim # 30; Filed: $468.86 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5800-000 | | 468.86 | 383,763.28 |
| 08/07/19 | 700038 | Patentica Ltd. | Distribution payment - Dividend paid at 49.63% of $2,535.00; Claim # 1; Filed: $2,535.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] Stopped on 11/07/2019 | 7100-005 | | 1,258.02 | 382,505.26 |
| 08/07/19 | 700039 | Fedex Techconnect, Inc. | Distribution payment - Dividend paid at 49.63% of $1,257.09; Claim # 2; Filed: $1,257.09 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 7100-000 | | 623.84 | 381,881.42 |
| 08/07/19 | 700040 | Earthlink fdba One Communications | Distribution payment - Dividend paid at 49.63% of $1,270.52; Claim # 3; Filed: $1,270.52 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 7100-000 | | 630.51 | 381,250.91 |
| 08/07/19 | 700041 | Pennwell Corporation | Distribution payment - Dividend paid at 49.63% of $1,125.00; Claim # 4; Filed: $1,125.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 7100-000 | | 558.29 | 380,692.62 |
| 08/07/19 | 700042 | LexisNexis | Distribution payment - Dividend paid at 49.63% of $3,534.96; Claim # 5; Filed: $3,534.96 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 7100-000 | | 1,754.26 | 378,938.36 |
| 08/07/19 | 700043 | Angiodynamics, Inc. | Distribution payment - Dividend paid at 49.63% of $650,000.00; Claim # 16B; Filed: $0.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 7100-000 | | 322,568.85 | 56,369.51 |

Page Subtotals: $0.00    $381,681.83

**Form 2**

Exhibit 9

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-12758- VFP | |
| **Case Name:** | CeramOptec Industries, Inc. | |
| **Taxpayer ID #:** | **-***4031 | |
| **For Period Ending:** | 12/17/2019 | |

| | |
|---|---|
| **Trustee Name:** | George L. Miller (280161) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******4666 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/07/19 | 700044 | Perkinelmer Singapore Pte Ltd | Distribution payment - Dividend paid at 49.63% of $6,875.00; Claim # 24; Filed: $6,875.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] Stopped on 11/07/2019 | 7100-005 | | 3,411.79 | 52,957.72 |
| 08/07/19 | 700045 | Kelly B. Moran | Distribution payment - Dividend paid at 33.92% of $90,000.00; Claim # 26B; Filed: $0.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 7100-000 | | 30,527.42 | 22,430.30 |
| 08/07/19 | | Internal Revenue Service - EFTPS - 941 | Combined dividend payments for Claim #, , , , , , , , | | | 21,603.44 | 826.86 |
| | | Internal Revenue Service - EFTPS - 941 | $2,473.73 | 5300-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $639.05 | 5300-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $149.45 | 5300-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $639.05 | 5800-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $149.45 | 5800-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $10,719.21 | 7100-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $2,769.13 | 7100-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $647.62 | 7100-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $2,769.13 | 7100-000 | | | |
| | | Internal Revenue Service - EFTPS - 941 | $647.62 | 7100-000 | | | |
| 08/07/19 | | Internal Revenue Service - EFTPS - 940 | Combined dividend payments for Claim #, | | | 826.86 | 0.00 |
| | | Internal Revenue Service - EFTPS - 940 | $618.43 | 5800-000 | | | |
| | | Internal Revenue Service - EFTPS - 940 | $208.43 | 7100-000 | | | |
| 10/08/19 | 700036 | Commonwealth of Massachusetts | Distribution payment - Dividend paid at 100.00% of $28,352.44; Claim # 27; Filed: $28,352.44 pursuant to Court Order dated 08/02/2019 [D.I. 345] Stopped: check issued on 08/07/2019 | 5800-005 | | -28,352.44 | 28,352.44 |
| 10/08/19 | 700046 | Commonwealth of Massachusetts | Distribution payment - Dividend paid at 100.00% of $28,352.44; Claim # 27; Filed: $28,352.44 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 5800-000 | | 28,352.44 | 0.00 |
| 11/07/19 | 700038 | Patentica Ltd. | Distribution payment - Dividend paid at 49.63% of $2,535.00; Claim # 1; Filed: $2,535.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] Stopped: check issued on 08/07/2019 | 7100-005 | | -1,258.02 | 1,258.02 |

Page Subtotals:          $0.00          $55,111.49

{ } Asset Reference(s)          UST Form 101-7-TDR ( 10 /1/2010)          ! - transaction has not been cleared

## Form 2

Exhibit 9

Page: 11

## Cash Receipts And Disbursements Record

| Case No.: | 16-12758- VFP | Trustee Name: | George L. Miller (280161) |
|---|---|---|---|
| Case Name: | CeramOptec Industries, Inc. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***4031 | Account #: | ******4666 Checking Account |
| For Period Ending: | 12/17/2019 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/07/19 | 700044 | Perkinelmer Singapore Pte Ltd | Distribution payment - Dividend paid at 49.63% of $6,875.00; Claim # 24; Filed: $6,875.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] Stopped: check issued on 08/07/2019 | 7100-005 | | -3,411.79 | 4,669.81 |
| 11/14/19 | 700047 | Perkinelmer Singapore Pte Ltd | Distribution payment - Dividend paid at 49.63% of $6,875.00; Claim # 24; Filed: $6,875.00 pursuant to Court Order dated 08/02/2019 [D.I. 345] | 7100-000 | | 3,411.79 | 1,258.02 |
| 11/14/19 | | Patentica Ltd. | Dividend paid at 49.63% of $2,535.00; Claim # 1 | 7100-000 | | 1,258.02 | 0.00 |

|  | | | | |
|---|---|---|---|---|
| **COLUMN TOTALS** | | 2,494,632.72 | 2,494,632.72 | $0.00 |
| Less: Bank Transfers/CDs | | 314,629.03 | 0.00 | |
| **Subtotal** | | 2,180,003.69 | 2,494,632.72 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,180,003.69** | **$2,494,632.72** | |

**Form 2**

Exhibit 9
Page:    12

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-12758- VFP | **Trustee Name:** | George L. Miller (280161) |
| **Case Name:** | CeramOptec Industries, Inc. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***4031 | **Account #:** | ******4666 Checking Account |
| **For Period Ending:** 12/17/2019 | | **Blanket Bond (per case limit):** $5,000,000.00 | |
| | | **Separate Bond (if applicable):** N/A | |

| | |
|---|---|
| Net Receipts: | $2,613,325.53 |
| Plus Gross Adjustments: | $1,152,770.38 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $3,766,095.91 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2642 Checking | $433,321.84 | $118,692.81 | $0.00 |
| ******4666 Checking Account | $2,180,003.69 | $2,494,632.72 | $0.00 |
| | **$2,613,325.53** | **$2,613,325.53** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)